■ In the Matter of LIONELL NELSON, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [45 NYS3d 841]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered January 28, 2016) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK GETMAN, Appellant. (Appeal No 1.) [45 NYS3d 842]—Appeal from a judgment of the Livingston County Court (Dennis S. Cohen, J.), rendered June 30, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK GETMAN, Appellant. (Appeal No. 2.) [45 NYS3d 843]—Appeal from a judgment of the Livingston County Court (Dennis S. Cohen, J.), rendered June 30, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted promoting a sexual performance by a child.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.